| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 16, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA, | Case No.  2:20-mj-00189-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ANDREA M. GERVAIS, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>ANDREA M. GERVAIS</u> , Case No. <u> 2:20-mj-00189-AC </u> Charge<u> 18 U.S.C. § 1341</u>, from custody for the following reasons: for the following reasons:

      Release on Personal Recognizance

 X    Bail Posted in the Sum of $ _____

        X    Unsecured Appearance Bond $   <u>50,000 (co-signed)</u>

             Appearance Bond with 10% Deposit

             Appearance Bond with Surety

             Corporate Surety Bail Bond

        X    (Other): <u>With pretrial supervision and conditions of release as stated on the record in court.</u>

Issued at Sacramento, California on December 16, 2020 at 2:26 p.m.

Dated:  December 16, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE